# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JEFFERY GLENN CHITTENDEN

NO. 2019 KW 1132

OCT 1 8 2019

---

In Re:    Jeffery Glenn Chittenden, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 458,245.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.** The Clerk of Court of St. Tammany Parish has no record of receiving a pro se "Motion to Correct An Illegal Sentence and/or For A Contradictory Hearing." Relator should file the motion with the clerk of court of the district court before seeking relief from this court.

PMc
JEW
GH

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT